UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Felipe E.S.D.,

    Petitioner,

v.

Kristi Noem, et al.,

    Respondents.

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS**
Civil File No. 26-01000 (MJD/SGE)

Albert I. Usumanu, Counsel for Petitioner.

David W. Fuller, Friedrich A. P. Siekert, Trevor Brown, Assistant United States Attorneys, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins dated February 10, 2026 [Doc. 9]. There were no objections to the Report and Recommendation.

Pursuant to statute, the Court conducted a <u>de novo</u> review upon the record. 28 U.S.C. §636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Elkins dated February 10, 2026.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins dated February 10, 2026 **[Doc. 9]**

2. Petitioner Felipe E.S.D.'s Petition for a Writ of Habeas Corpus **[Doc. 1]** is **GRANTED as follows:**

    A. Respondents are ordered to immediately release Petitioner Felipe E.S.D. from detention into Minnesota;

    B. Respondents are ordered to return to Petitioner at the time he is released, any of Petitioner's documents, property, or effects seized during his arrest; and

    C. Petitioner shall be released on his own recognizance without any conditions upon his release; and

3. Respondents are required to confirm Petitioner's release from custody and Respondents' compliance with the rest of this Order within forty-eight (48) hours from the date of this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 13, 2026               s/Michael J. Davis
                                        Michael J. Davis
                                        United States District Court