# UNITED STATES DISTRICT COURT
## District of Minnesota

Felipe Ernesto Saldana Dominguez,

Petitioner,

v.

Kristi Noem, Todd Lyons, David Easterwood, Pamela Bondi,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1000 MJD/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins dated February 10, 2026 **[Doc. 9]**

2. Petitioner Felipe E.S.D.'s Petition for a Writ of Habeas Corpus **[Doc. 1]** is **GRANTED as follows:**

   A. Respondents are ordered to immediately release Petitioner Felipe E.S.D. from detention into Minnesota;

   B. Respondents are ordered to return to Petitioner at the time he is released, any of Petitioner's documents, property, or effects seized during his arrest; and

   C. Petitioner shall be released on his own recognizance without any conditions upon his release; and

3. Respondents are required to confirm Petitioner's release from custody and Respondents' compliance with the rest of this Order within forty-eight (48) hours from the date of this Order.

Date: 2/13/2026

KATE M. FOGARTY, CLERK