UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Felipe E.S.D.,
    Petitioner,

v.

Kristi Noem, et al.,

    Defendants.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**
Civil File No. 26-01000 (MJD/SGE)

Albert I. Usumanu, Attorney at Law, Counsel for Petitioner.

David W. Fuller, Friedrich A. P. Siekert, Trevor Brown, Assistant United States Attorneys, Counsel for Respondents.

On February 13, 2026, the Court granted Petitioner Felipe E.S.D.'s Petition for Writ of Habeas Corpus. **[Doc. 10.]** As part of that Order, the parties were required to immediately release Petitioner with all his personal effects seized during his arrest and notify the Court within 48 hours to confirm that the release occurred.

On February 16, 2026, the Respondents provided a status update informing the Court that Petitioner Felipe E.S.D. was released. **[Doc. 13.]** Since

his release several days ago, no one has informed the Court that Petitioner was released without any of his personal effects.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Felipe E.S.D's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 20, 2026               s/Michael J. Davis
                                                                   Michael J. Davis
                                                                   United States District Court