# UNITED STATES DISTRICT COURT

## District of Minnesota

Felipe Ernesto Saldana Dominquez,

Petitioner(s),

v.

Kristi Noem, Todd Lyons, David Easterwood, Pamela Bondi,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1000 MJD/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Felipe E.S.D's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

Date: 2/21/2026

KATE M. FOGARTY, CLERK